Jene WEINSTEIN, by and through her Next Friend, Jack WEINSTEIN, Plaintiff–Appellant,

v.

CONSULTANT'S IN WOMEN'S HEALTH CARE, INC., and David L. Weinstein, M.D., Defendants–Respondents.

No. ED 74853.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 21, 1999.

David Arthur Boresi, St. Louis, for appellant.

Kenneth W. Bean, Thomas J. Palazzolo, St. Louis, for respondent.

Before PAUL J. SIMON, P.J., KATHIANNE KNAUP CRANE, and LAWRENCE E. MOONEY, JJ.

### ORDER

PER CURIAM.

Plaintiff appeals from a judgment entered on a jury verdict apportioning no fault to Defendants Consultants in Women's Healthcare, Inc., and David Weinstein, M.D., in a medical malpractice case. The evidence in support of the jury verdict is not insufficient. No error of law appears.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

Plaintiff's Motion to Strike Footnote Two of Respondent's Brief is granted and Plaintiff's Motion for Leave to File Supple-

mental Legal File is denied. The judgment is affirmed pursuant to Rule 84.16(b)(3).

The judgment is affirmed pursuant to Rule 84.16(b).